# United States Court of Appeals
## For the First Circuit

No. 22-1190

UNITED STATES,

Appellee,

v.

JORDAN WINCZUK,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2023, is amended as follows:

On page 18, line 2, "words[s]" is replaced with "word[s]"